IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN KNUDSEN,<br><br>    Plaintiff,<br><br>v.<br><br>NESTLÉ DREYER'S ICE CREAM COMPANY,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>1:12-cv-3087-JOF |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff John Knudsen and Defendant Nestlé Dreyer's Ice Cream Company, by and through the undersigned, hereby stipulate and agree that the above-entitled action be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1), with each party bearing its own costs.

Dated:	November 6, 2012

| | |
|---|---|
| /s/  John L. Mays | /s/  Donald Benson |
| John L. Mays | Donald Benson |
| Georgia Bar No. 986574 | Georgia Bar No. 052350 |
| Jeff Kerr | |
| Georgia Bar No. 634260 | |
| | |
| MAYS & KERR LLC | HALL BOOTH SMITH, P.C. |
| 229 Peachtree Street | 191 Peachtree Street, NE |

1

| | |
|---|---|
| International Tower \| Suite 980 | Suite 2900 |
| Atlanta, Georgia 30303 | Atlanta, Georgia 30303 |
| Telephone:  404-410-7998 | Telephone:  404-954-5000 |
| Facsimile:   404-855-4066 | Facsimile:   404-954-5020 |
| john@maysandkerr.com | dbenson@hallboothsmith.com |
| jeff@maysandkerr.com | |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants |